USDC SDNY
DOCUMENT. /
ELECTRONICALLY FILED
DOC #: 9/19/07
DATE FILED

Berman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LOUBERT ALEXANDRE, YVON AUGUSTIN,
MAX CHARTELAIN, WILFRED GERMAIN, CLAUDE
LESSAGE, and JEAN PIERRE,  INDIVIDUALLY AS
OWNERS OF YELLOW CAB MEDALLIONS IN THE
CITY OF NEW YORK AND ON BEHALF OF A CLASS
OF ALL OWNERS SIMILARLY SITUATED, AS WELL AS
INDIVIDUALLY, TOGETHER WITH MAMNUNUL HAQ
and ASIM AKHTAR,  AS HOLDERS OF HACK
LICENSES IN THE CITY OF NEW YORK AND AS
REPRESENTATIVES ON BEHALF OF A CLASS OF
ALL HOLDERS OF HACK LICENSES IN THE CITY OF
NEW YORK, and the NEW YORK TAXI WORKERS
ALLIANCE,

Civil Action No.

07 CV 8175
RMB

ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION
AND TEMPORARY
RESTRAINING ORDER

Plaintiffs,

- against -

THE NEW YORK CITY TAXI AND LIMOUSINE COM-
MISSION, MATTHEW DAUS, AS COMMISSIONER
/CHAIR OF THE NEW YORK CITY TAXI AND LIMO-
USINE COMMISSION, AND THE CITY OF NEW YORK,

Defendants.

---------------------------------------------------------------x

Upon the affidavits of plaintiffs sworn to upon the 21st, 22nd, 23rd and 29th days of August,

2007, upon the Affirmation of Naureen Rashid made on upon the 19th day of September, 2007, a

copy of the complaint annexed hereto and the accompanying plaintiffs' Memorandum of Law in

Support of Their Motion for a Temporary Restraining Order and Preliminary Injunction, it is

ORDERED, that the above named defendants show cause before the Hon. RICHARD M.

BERMAN ___, held at Room 11C, United States Courthouse, 500 Pearl Street, in the City,

County and State of New York, on THURS., SEPT. 20, 2007 ___, at 12:00 o'clock

in the AFTERnoon thereof, or as soon thereafter as counsel may be heard, why an order should not

FOR A CONFERENCE TO DISCUSS

issue pursuant to Rules 65 of the Federal Rules of Civil Procedure enjoining defendants during

the pendency of this action from:

1) penalizing by suspension of medallion, fine or in any other way, plaintiffs Alexandre,

Augustin, Chartelain, Germain, Lessage, Pierre, or any other owner-operator similarly situated to

them, for failing to sign a contract by August 1, 2007 to install the Taxi Technology System

("TTS") in their yellow medallion taxicabs;

2) penalizing by suspension of hack license, fine, or in any other way, all plaintiffs, and

any other taxi driver similarly situated, for failing to present at TLC mandated safety inspections

held after October 1, 2007, vehicles which are equipped with TTS technology; and it is further

ORDERED, that sufficient reason having been shown therefor, pending the hearing of

plaintiffs' application for a preliminary injunction pursuant to Rule 65, Fed. R. Civ. P.,

defendants are temporarily restrained and enjoined from conducting hearings now scheduled to **R MB**

take place as early as September 20, 2007 to penalize by suspension of medallion, fine or in any

other way, against plaintiffs Alexandre, Augustin, Chartelain, Germain, Lessage, Pierre, or any

other owner-operator similarly situated to them, for failing to sign a contract by August 1, 2007

to install the Taxi Technology System ("TTS") in their yellow medallion taxicabs;

ORDERED that service of a copy of this Order and all related papers upon defendants'

counsel via hand delivery **and fax** ~~or overnight mail~~ before **4:30** o'clock in the **After**noon **on Sept. 19, 2007** shall be

deemed good and sufficient service thereof. **DEFENDANTS' WRITTEN RESPONSE IS DUE by 7:30 P.M. on Sept 19, 2007 (in lieu,**

ORDERED that because the relief sought herein carries no risk of monetary loss to **defendant**

**by the court in writing) by FAX**

defendants no bond shall be posted.

DATED: September 19, 2007
        New York, New York

**RMBerman**

**U.S.D.J.**

① **Parties directed to maintain the status quo until the conference +**
② **Parties directed to engage in good faith settlement negotiations PRIOR to the Conference**
**No hearings, etc.**

**RMB**