UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALEXANDRE, et al.

                Plaintiffs,

      -against-

NEW YORK CITY TAXI & LIMOUSINE
COMMISSION, et al.,

                Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

07 CIVIL 8175 (RMB)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____  Specific Non-Dispositive Motion/Dispute:*
_____
_____

_____  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

_____  Habeas Corpus

_____  Social Security

_____  Settlement*

_____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

_____  Inquest After Default/Damages Hearing

_____  Particular Motion:
_____

      All Such Motions: _____

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated: New York, New York
       September 21, 2007

RMB

_____
RICHARD M. BERMAN
U.S.D.J.

Parties to work on settlement (actively) + in good faith.