UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LOUBERT ALEXANDRE, YVON AUGUSTIN,
MAX CHARTELAIN, WILFRED GERMAIN, CLAUDE
LESSAGE, and JEAN PIERRE, INDIVIDUALLY AS
OWNERS OF YELLOW CAB MEDALLIONS IN THE
CITY OF NEW YORK AND ON BEHALF OF A CLASS
OF ALL OWNERS SIMILARLY SITUATED, AS WELL AS      Civil Action No.
INDIVIDUALLY, TOGETHER WITH MAMNUNUL HAQ
and ASIM AKHTAR, AS HOLDERS OF HACK
LICENSES IN THE CITY OF NEW YORK AND AS
REPRESENTATIVES ON BEHALF OF A CLASS OF
ALL HOLDERS OF HACK LICENSES IN THE CITY OF       ORDER TO SHOW CAUSE
NEW YORK, and the NEW YORK TAXI WORKERS           FOR PRELIMINARY
ALLIANCE,                                         INJUNCTION
                                                  AND TEMPORARY
          Plaintiffs,                            RESTRAINING ORDER

   - against -

THE NEW YORK CITY TAXI AND LIMOUSINE COM-
MISSION, MATTHEW DAUS, AS COMMISSIONER
/CHAIR OF THE NEW YORK CITY TAXI AND LIMO-
USINE COMMISSION, AND THE CITY OF NEW YORK,

          Defendants.
-------------------------------------------------------------------------x

      Upon the affidavits of plaintiffs sworn to upon the 21st, 22nd, 23rd and 29th days of August, 2007, upon the Affirmation of Naureen Rashid made on upon the 19th day of September, 2007, a copy of the complaint annexed hereto and the accompanying plaintiffs' Memorandum of Law in Support of Their Motion for a Temporary Restraining Order and Preliminary Injunction, it is

      ORDERED, that the above named defendants show cause before the Hon. _____

_____, held at Room _____, United States Courthouse, 500 Pearl Street, in the City,

County and State of New York, on _____, at _____ o'clock

in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not

issue pursuant to Rules 65 of the Federal Rules of Civil Procedure enjoining defendants during the pendency of this action from:

1) penalizing by suspension of medallion, fine or in any other way, plaintiffs Alexandre, Augustin, Chartelain, Germain, Lessage, Pierre, or any other owner-operator similarly situated to them, for failing to sign a contract by August 1, 2007 to install the Taxi Technology System ("TTS") in their yellow medallion taxicabs;

2) penalizing by suspension of hack license, fine, or in any other way, all plaintiffs, and any other taxi driver similarly situated, for failing to present at TLC mandated safety inspections held after October 1, 2007, vehicles which are equipped with TTS technology; and it is further

ORDERED, that sufficient reason having been shown therefor, pending the hearing of plaintiffs' application for a preliminary injunction pursuant to Rule 65, Fed. R. Civ. P., defendants are temporarily restrained and enjoined from conducting hearings now scheduled to take place as early as September 20, 2007 to penalize by suspension of medallion, fine or in any other way, against plaintiffs Alexandre, Augustin, Chartelain, Germain, Lessage, Pierre, or any other owner-operator similarly situated to them, for failing to sign a contract by August 1, 2007 to install the Taxi Technology System ("TTS") in their yellow medallion taxicabs;

ORDERED that service of a copy of this Order and all related papers upon defendants' counsel via hand delivery or overnight mail before _____ o'clock in the ____noon, shall be deemed good and sufficient service thereof.

ORDERED that because the relief sought herein carries no risk of monetary loss to defendants no bond shall be posted.

DATED: September 19, 2007
      New York, New York

ISSUED:_____M

_____
United States District Judge