UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Alexandre, et al.,

                Plaintiffs,                **Case Management Plan**

   - v -                                           07 Civ. 8175 (RMB)(GWG)

**New York City Taxi & Limousine
Commission, et al.,**

                Defendants.
------------------------------------------------------------X

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by __N/A__

(ii)    Amend the pleadings by __N/A__

(iii)   All discovery to be **expeditiously** completed by **February 15, 2008 (Fact and Expert)**

(iv)   Consent to Proceed before Magistrate Judge

(v)    Status of case, settlement discussions, etc. **Conf. on January 23, 2008 at 2:00 p.m. (21D)**

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions __**See Court's Rules re: pre-motion letters**__

(vii)  Oral Argument __N/A__

(viii) Joint Pre-Trial Order to be submitted by __N/A__

(ix)   Final Pre-Trial Conference __N/A__

(x)    Trial __N/A__

(xi)   Other __**General pre-trial issues are referred to Magistrate Judge Gorenstein**__

**SO ORDERED:** New York, New York
~~October~~ 5, 2007



Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/07