```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDRE, et al.                              :
                                               :
                          Plaintiffs,          :
        - against -                            :     07 Civ. 8175 (RMB)
                                               :
                                               :     **ORDER**
NEW YORK CITY TAXI & LIMOUSINE                 :
COMMISSION, et al.                             :
                                               :
                          Defendants.          :
------------------------------------------------------------x

For the reasons stated on the record today (at the 2:00 p.m. conference) and neither side having appeared, the above captioned case is hereby dismissed provided, however, that within seven (7) days of the date of this Order, the parties may apply by letter showing good cause why this action should be restored to the Court's calendar. See attached Case Management Plan, dated October 5, 2007.

Dated: New York, New York
       January 23, 2008

                                        _____
                                        Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Alexandre, et al.,

                Plaintiffs,                          **Case Management Plan**

- v -                                        07 Civ. 8175 (RMB)(GWG)

New York City Taxi & Limousine
Commission, et al.,

                Defendants.
-----------------------------------------------------------------X

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by __N/A__

(ii)    Amend the pleadings by __N/A__

(iii)   All discovery to be **expeditiously** completed by **February 15, 2008 (Fact and Expert)**

(iv)   Consent to Proceed before Magistrate Judge

(v)    Status of case, settlement discussions, etc. **Conf. on January 23, 2008 at 2:00 p.m. (21D)**

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions __See Court's Rules re: pre-motion letters__

(vii)  Oral Argument __N/A__

(viii) Joint Pre-Trial Order to be submitted by __N/A__

(ix)   Final Pre-Trial Conference __N/A__

(x)    Trial __N/A__

(xi)   Other __General pre-trial issues are referred to Magistrate Judge Gorenstein__

**SO ORDERED:** New York, New York
                        ~~October~~ 5, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/07

*RMB*
Hon. Richard M. Berman, U.S.D.J.