> The Conference before this court is adjourned to 1/29/08 @ 10:30 AM. Counsel should assume discovery closes on 2/15/08 + should be prepared to report on discovery progress on 1/29/08.
>
> SO ORDERED:
> Date: 1/25/08
> Richard M. Berman, U.S.D.J.
> cc: J. Gorenstein

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

PAULA VAN METER
Senior Counsel
Administrative Law Division
Phone: 212-442-4050
Fax: 212-791-9714
E-mail: pvanmete@law.nyc.gov

January 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

**BY HAND DELIVERY**
The Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007

    Re: <u>Alexandre et al. v. The New York City Taxi and Limousine Commission et al.</u>, 07 Civ. 8175 (RMB)

Your Honor:

    I represent the defendants in the above-captioned case. I write to confirm the facts presented in the letter of plaintiffs' counsel, dated today, concerning the misunderstanding about the conference scheduled for January 23, 2008 on the Case Management Plan in this case. I shared the mistaken understanding that the conference was with Magistrate Judge Gorenstein, assigned to the case for pre-trial matters, and I did not appear because I was notified by plaintiffs' counsel that they had confirmed that there was no such conference on Magistrate Judge Gorenstein's calendar for that date. I apologize to this Court for failing to appear at the conference as actually ordered and calendared.

    Respectfully submitted,

Paula Van Meter (PV 0076)
Assistant Corporation Counsel

cc: Malcolm Goldstien, Esq. via email
    Naureen Rashid, Esq. via email